# Third District Court of Appeal

## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1057
Lower Tribunal Nos. F19-13538, & F19-13541
_____

**Hencile Dorsey,**
Petitioner,

vs.

**The State of Florida,**

Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Hencile Dorsey, in proper person.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for respondent.

Before MILLER, LOBREE, and BOKOR, JJ.

PER CURIAM.

Dismissed without prejudice to the filing of a motion to review the denial of post-trial release. <u>See</u> Fla. R. Crim. P. 3.691(c); Fla. R. App. P. 9.140(h)(4); <u>Petersen v. State</u>, 187 So. 3d 283, 285 (Fla. 1st DCA 2016); <u>Robinson v. State</u>, 201 So. 3d 666, 667–68 (Fla. 3d DCA 2016).